VAN–126 Order for Refund of Unclaimed Funds – Rev. 01/08/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Robert Allen Parker
 ( debtor has no known aliases )
132 Creekside Drive
Moyock, NC 27958

CASE NO.: 15–00931–5–JNC

DATE FILED: February 18, 2015

CHAPTER: 13

### ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $2,029.00 constituting unclaimed funds is declared due to JM Partners LLC, Assignee of Robert Allen Parker, 6800 Paragon Place, Ste. 202, Richmond, VA 23230 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: April 20, 2016

Joseph N. Callaway
United States Bankruptcy Judge